129 A.3d 513

**Wesley BRENNAN, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2015.

Wesley Brennan, Pro Se.

Theron Richard Perez, Vincent R. Mazeski, Pennsylvania Department of Corrections, Mechanicsburg, for Department of Corrections.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the order of the Commonwealth Court is **AFFIRMED.**

129 A.3d 513

**Edward L. WRIGHT, Appellant**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2015.

Edward L. Wright, Pro Se.